# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROLYN Y. SONG-PEGG,<br>1225 Dartmouth Street<br>Wilmette, IL 60091<br><br>v.<br><br>UBS PAINEWEBBER INC.<br>1501 K Street, N.W.<br>Washington, D.C. 2005 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 03 CV 1566 (HHK/JMF)<br>)<br>) |

## STIPULATION OF DISMISSAL OF THE COMPLAINT WITH PREJUDICE

In accordance with the terms of their settlement agreement, the parties hereto stipulate and agree, pursuant to Fed.R.Civ.P. 41(a), that plaintiff's complaint is to be dismissed with prejudice.

EPSTEIN BECKER & GREEN, P.C.                TIGHE PATTON ARMSTRONG
                                            TEASDALE, PLLC


_____/s/_____                           _____/s/_____
Frank C. Morris, Jr.                        Walter G. Birkel
Kathleen M. Williams                        1747 Pennsylvania Ave. N.W.
1227 25th Street, N.W.                      Third Floor
Suite 700                                   Washington, D.C. 20008-4604
Washington, D.C. 20037
202) 861-0900                               202-454-2800

Attorneys for Defendant                     Attorneys for Plaintiff

DC:283605v1